**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BOBBY THOMAS** **PLAINTIFF**

**V.** **NO. 4:26-CV-72-DMB-DAS**

**DELTA HEALTH SYSTEM,**
**THE MEDICAL CENTER** **DEFENDANT**

# ORDER

On July 24, 2026, United States Magistrate Judge David A. Sanders issued a report ("R&R") recommending that Bobby Thomas' motion to proceed in forma pauperis be denied and that his pro se complaint be dismissed. Doc. #5. The R&R warned that "[f]ailure to file written objections to the proposed finding and recommendations contained in this [R&R] within 14 days … will bar an aggrieved party from challenging on appeal both the proposed factual findings and the proposed legal conclusions accepted by the district court." *Id.* at PageID 22. No objection to the R&R was filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes that the R&R is neither clearly erroneous nor contrary to law, the R&R [5] is **ADOPTED** as the order of the Court. This case is **DISMISSED without prejudice**[1] and Thomas' motion to proceed in forma pauperis [2] is **DENIED as moot**.

**SO ORDERED**, this 25th day of August, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**

[1] To the extent Thomas may appeal dismissal of this case, the Court concludes and certifies that such appeal would not be in good faith for the reasons explained in the R&R (including that Thomas did not respond to Judge Sanders' June 12 show cause order) and because Thomas at no point amended his complaint. *See* FED. R. CIV. P. 15(a)(1) (specifying when party may amend his pleading once as of right).